# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID CARL,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendant. | Case No.: 2:19-cv-00504-GZS<br><br>**RESPONSE TO DEFENDANT'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS** |

Plaintiff, David Carl ("Plaintiff"), by and though his attorneys, hereby submits this response to Defendant's, First National Bank of Omaha ("Defendant"), supplemental statement of material facts:

1. <u>Qualified</u>. Defendant's self-serving statements speak for themselves. Additionally, Defendant's Voice Portal dialing system has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator. Supplemental Declaration of Randall A. Snyder, Doc. No. 33-8, ¶¶ 10, 51, 52, 57, 58.

                                    Respectfully submitted,

Dated: May 5, 2021

By: <u>/s/ James A. Sellers, II</u>
James A. Sellers, II (*pro hac vice*)
Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
T: (657) 363-4699
F: (657) 363-6611
JamesS@jlohman.com

By: <u>/s/ Jeffrey Lohman</u>
Jeffrey Lohman (*pro hac vice*)
Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
T: (714) 381-5747
JeffL@jlohman.com

By: <u>/s/ Daniel Goldsmith Ruggiero</u>
Daniel Goldsmith Ruggiero

The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroESQ@gmail.com

*Attorneys for Plaintiff, DAVID CARL*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2021, a true and correct copy the foregoing and corresponding documents were filed using the Court's CM/ECF system, which will notify all attorneys of record.

/s/ James A. Sellers, II
James A. Sellers, II (*pro hac vice*)